*Frederick W. Aikin et al, Ex'rs. &c.* v. *Gerard W. Morris. The Same* v. *William Scott. The Same* v. *Runyan W. Martin. The Same* v. *Henry W. Sill.* D. GARDNER and J. C. SPENCER, for the appellants; S. STEVENS, for respondents. Application to open decree of affirmance, in each of these causes, and to permit the appellant to come in and argue the appeal, denied with costs.

*Anthony M. Van Bergen* v. *Ambrose Baker et al.* H. HOGE-BOOM, for complainant ; K. MILLER, for defendants. Application by complainant for leave to amend bill granted : with leave to him to file a supplemental bill also, to bring before the court any persons not made defendants by the original bill whose interests have changed since the commencement of this suit.